UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

PATRICIA LANGFORD,

      Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

      Defendant.

No.   CV-11-3095-RHW

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard

and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**.  The

Commissioner's decision denying Plaintiff benefits is **REVERSED**, and this

case is **REMANDED** for further proceedings.  Judgment is entered for Plaintiff.

DATED:  March 7, 2014

SEAN F. McAVOY
Clerk of Court

By:  *s/Penny Lamb*
    Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**